IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JAN 18 A 10:01

Ralph Lingo
_____
Full name and prison number
of plaintiff(s)

v.

State of Alabama
Crenshaw County
Case # CC 2003 000147.00
P.O. Box 167  Circuit Clerk
         Crenshaw County
Luverne, Alabama 36049-0167
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.) My Attorney Terry Bullard

CIVIL ACTION NO. 1:06CV 45mef
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (X) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (X) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Ralph Lingo

         Defendant(s) Sgt. Tony Luker
         by illegal search

      2. Court (if federal court, name the district; if state court, name the county) southern

3. Docket number **CASE # 04-CV-1188-A**

4. Name of judge to whom case was assigned **N/A**

✗ 5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **NO Still Pending I Am asking the court to appoint me attorney**

6. Approximate date of filing lawsuit **12/29/2005**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Montgomery City Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **My Home in Henry Co. (on 4-14-2003)**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                        ADDRESS

1. **Sgt. Tony Luker**
2. **Terry Bullard Attorney**
3. **Todd Register Deputy Fire Marshal**
4. **State of Alabama + Crenshaw Co.**
5. **Judge Jerry M. White (Judge of Henry Co.)**
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **4-14-2003 In Henry County At My Home**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Searched my home without a search warrant - I recieved one 18 months later**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

My attorney Terry Bullard misled me by calling me a son-of-a-bitch, stupid retarded bastard. He would get me a life sentence if I did not plea guilty write then because I didn't have $3,000 to give.

**GROUND TWO:** Mental Defect do not understand the law. I WITHDREW MY GUILTY PLEA THE SAME DAY.

**SUPPORTING FACTS:** My medication was taken from me by Tony Luker during the search. It was not given back to me by Tony Luker. I was not in the right state of mind. THE SEARCH OF MY HOME TIE IN TO THIS CASE. By illegal search.

**GROUND THREE:** Judge Jerry M White Judge in Henry Co Judge has refused to put anything in writing any details.

**SUPPORTING FACTS:** Sgt. Tony Luker misled me by telling me he was a Henry Co deputy sheriff. He had a search warrant to search my house. I asked over 10 times to see the search warrant. I was threatened unless I would open the safe. I was kept 200 yds from my home during the search. More Details later. Judge White would not give the time when he signed the search warrant.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

APPOINT ME AN ATTORNEY. GIVE ME A TRIAL OR DISMISS CASE. A HEARING IN FEDERAL COURT AS SOON AS POSSIBLE, AND I WANT A JURY TRIAL. Also withhold the State Guilty Plea.

X Ralph Ligg
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on X 12/29/2005
(Date)

X Ralph Ligg
Signature of plaintiff(s)

4

RECEIVED

2006 JAN 18  A 10:00

CASE# CC.2003 000147.00

## Number 1: Judge Jerry M. White Henry County Judge

Judge Jerry M. White has said many times that he signed a search warrant for Sgt. Tony Luker to search my home in Henry County around 1 or 1:30 p.m. The Judge refuse to say when he signed the search warrant in Henry County. During a harous corpus bond hearing in Houston County courthouse the Judge ordered the court reporter not to record anything and leave the court room. My home was search on 04-14-2003.

## Number 2: Attorney Terry Bullard

My Attorney Terry Bullard has mislead me in Crenshaw County, Houston County, Barbour County, and Henry County. Terry Bullard would tell me to plead guilty, and then when everybody would leave the court room; he would pay the Judge under the table to have the case dismissed, because it was no search warrant to search my home. He told me to keep quiet and he'd handle everything. I had to pay him $43,000 dollars before the Judge dismissed the case. Terry Bullard had me sent to Barbour County on case No: CC-2003-290. My attorney lied to me and told me I was going to an arraingement in Barbour County. Terry Bullard cussed me out, because I didn't want to plead guilty in Barbour County. He said when he got the $43,000 dollars the Judge would take the case and dismiss it.

→

Page 2

Case # CC 2003 000147.00

Terry Bullard Also Did this in Henry County. I Never went Infront of A Judge, Terry Bullard got me to signed a Guilty Plea. When he told me in the waiting Room, this case here would be put off too A later Date. Then Terry sent the Judge A letter to Put my case back on the Dockect. Terry Bullard has mislead me on every case, Terry Bullard would let Tony Luker take me from the county to the city without Terry Bullard present, Ten to Twelve times at least. Terry Bullard refuse to give me a city's Search warrant, that he brought too me two months later. Attorney Terry Bullard has misreplesent me, and cause me alot of mental Damage. I Asked the court for a Hearing, to put the case Back on the Dockect. If the State Does not agreed to give me a trial, I asked the Federal Court to give me A Grand Jury Trial. We will Let the Jury set the Amount that will be paid, by Each Individual to be liable for false Imprisonment and for other Damages. we also Ask the court to pay court Cost and Attorney's Fee's,

→

## Page 3

CASE # CC 2003 000147.00

I can not Read or write, I have got nervous and mental Problems. I Asked the United States Federal Court, to Appoint me Attorneys and Investigators. I Feel like this involve unfareness, I do not know how to do any research. I am not Guilty none of these crimes. I have Ask the Federal Court to put Every case back on trial Docket with the State, If the state does not want too, we ask for the Federal Court to withheld any Plea to a Hearing being set Forth in this matter. Unless the State agreeds to put back on the Docket, we asked for this to be done as quick as possible. [State Pay All Court Cost] [Because of me being Broke with no money]. Also add Alabama State Fire marshal Todd Register on this lawsuit.

Ralph Lingo

12-29-2005