IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED

2006 JAN 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Ralph Lingo_
_P.O. Box 159_
_Montgomery AL_
_36101_
      **Plaintiff(s)**

v.

_State of Alabama_
_Crenshaw County_
_Case # cc-2003-000147.00_
_Luverne Alabama 36049-0167_
      **Defendant(s)**

)
)
)
)
)
)
)
)
)
)
)
)
)

1: 06CV45mcf

## MOTION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff(s) _Ralph Lingo_

moves this Honorable Court for an order allowing her/him to proceed in this case without
prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached
sworn affidavit in support of the motion.

_Ralph Lingo_
      **Plaintiff(s) signature**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

RALPH LINGO

Plaintiff

V.

STATE OF ALABAMA CRENSHAW COUNTY
CASE ACC 2003 0 00147.00

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, __RALPH LINGO__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **2003**

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes        ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    *Nowe*

I declare under penalty of perjury that the above information is true and correct.

*12-29-2005* _____    *Ralph Ling* _____
        Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**RESIDENT HISTORY REPORT**                                          Page 1 of 1

**Montgomery City Jail**
**01/06/06 15:53**
**ST 001 / OPR ARB**

Booking Number      :  7632
Resident Name       :  LINGO, RALPH
Time Frame          :  11/28/2005 14:47 - 01/06/2006 15:53

---

| Date       | Time  | Type   | ST | OPR | Receipt # | Amount | Balance |
|------------|-------|--------|----|-----|-----------|--------|---------|
| 11/28/2005 | 14:47 | Intake | 1  | arb | A17267    | 49.00  | 49.00   |
| 12/01/2005 | 13:48 | Order  | 2  | NDW | B24269    | 48.01  | 0.99    |
| 12/05/2005 | 11:34 | Order  | 2  | NDW | B24421    | 0.92   | 0.07    |
| 12/05/2005 | 16:27 | Credit | 2  | NDW | B24537    | 0.92   | 0.99    |
| 12/06/2005 | 10:31 | Order  | 2  | NDW | B24613    | 0.92   | 0.07    |
| 12/06/2005 | 14:03 | Credit | 2  | NDW | B24725    | 0.92   | 0.99    |
| 12/07/2005 | 08:09 | Order  | 2  | NDW | B24829    | 0.92   | 0.07    |
| 12/13/2005 | 11:13 | Add    | 1  | arb | A17564    | 100.00 | 100.07  |
| 12/15/2005 | 11:34 | Order  | 2  | NDW | B25163    | 70.71  | 29.36   |
| 12/19/2005 | 10:06 | Order  | 2  | NDW | B25261    | 23.45  | 5.91    |
| 12/29/2005 | 13:10 | Order  | 2  | NDW | B25464    | 5.81   | 0.10    |
| 01/06/2006 | 10:44 | Add    | 1  | arb | A17938    | 50.00  | 50.10   |

I was in a mental hospital in Miami Fla. I had a Mental evaluation done. I was gone about seven months, and I do not have no money and do not have no type of income. Anytime I get money, it would be a gift from my family. I asked the court to please accept this and I have signed this and stating I do not have no money.

Thank You

Ralph Lingo