RECEIVED
2006 MAR 30 A 9:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph Wilson Lingo
Plaintiff

vs.

State of Alabama,
Defendants

Case No
1:06-CV-0045-MEF
(WO)

this is A Request for a delay for 7 day.

thank you. very much.

Ralph Lingo

Date, 3-28-2006