Date: 4-5-2006

1.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 APR 11 A 10:08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH WILSON LINGO
   PLAINTIFF
   V.
STATE OF ALABAMA, et, al
   DEFENDANTS

CASE # 1:06-CV-0045 MEV

## REPLYING BACK TO THE STATE BRIEF

RECOMMEDATION OF THE MAGISTRATE JUDGE DO NOT DISMISS NONE OF THE DEFENDANTS

1. I WOULD LIKE TO ADVISE THE COURTS THAT THE MONTGOMERY CITY JAIL AS NO LAW BOOKS OR INK PENS AND NO TYPE WRITER AND DEFENDANT HAS NO WAY OF GETTING ANY TYPE OF LEGAL BOOKS

2. PLAINTIFF WOULD LIKE TO ADVISE THE COURTS THAT THE PLAINTIFF HAS FOUR DIFFERENT TYPES OF MENTAL CONDITIONS I'm LISTING THEM 1, 2, 3, 4

   1. SEIROUS DEPRESSION PROBLEMS
   2. PANIC DISORDER
   3. SERIOUS NERVE CONDTION PLUS OTHER MENTAL PROBLEMS
   4. I CAN NOT READ OR WRITE THIS HURT ME IN THE LEGAL

-2-

PANIC DISORDER, SERIOUS NERVE CONDITION PLUS OTHER MENTAL PROBLEMS

2. I CAN NOT READ OR WRITE AND THIS HURT ME IN THE LEGAL PROCESS OF THE LAW

3 PAGE (1)

CRENSHAW COUNTY CHARGES WAS BROTH AGAINST DEFENDANT ARRESTED BY TONY LUKER WITH THE CITY OF DOTHAN POLICE DEPARTMENT

1. DEFENDANT WAS ARREST AND HELD IN THE CITY OF DOTHAN JAIL I WAS HELD FOR SEVEN IN JAIL WITHOUT A WARRANT. THE JUDGE LOWERED DEFENDANT BOOE FROM $20,000 TO $10,000 BECAUSE NO WARRANT WAS SIGNED FOR DEFENDANTS ARREST NOT UNTIL DEFENDANTS FIRST APPEARENCE WHEN WARRANT WAS GIVING TO THE DEFENDANT. THE TRANFER ORDER TO BE TAKEN TO CRENSHAW COUNTY HAVE BEEN BACT DATED AND WAS DID ON A FAX LINE THE ORIGAL WARRANTS WAS NEVER SIGNED THIS IS CRENSHAW COUNTY CASE NO. CC2003-000147 THEY VIOLATED MY CONSTITUTION RIGHTS NO WARRANTS HAS BEEN RETURN TO THE CLERK OF COURTS

PAGE ①

I WAS ORDERED TO GO OUTSIDE WHERE TONY LUKER TOOK PICTURES OF MY PICK UP INSIDE OUT HE WANTED TO KNOW WHERE WERE THE TITLE TO THE TRUCK HE SEARCHED THE TRUCK GO MY MEDICINE FOR PANIC THEN TONY LUKERS SEARCH ME DOWN PERSONLY TOOK MY MED. AWAY FROM ME THAT I GOT FROM A DOCTER

I FEEL LIKE I WAS ROBBED, KIDNAPPED THEFT OF PROPERTY HAS BEEN COMMITTED I ASKED THE HENRY COUNTY SHERIFF TO INVESTAGED RIGHT AWAY AND A WARRANT TO BE SIGNED ON TONY LUKER FOR KIDNAPPING I TOLD THE SHERIFF HIS DUPITY TONY LUKER SEARCHED MY HOUSE ON 4-14-03 AND HE DID NOT GIVE ME NO SEARCH WARRANT THE SHERIFF ADVISED ME TONY LUKER WORKS FOR THE CITY OF DOTHAN FOR OVER 19 YEARS AND HE NEVER WORK WITH THE HENRY COUNTY SHERIFF DEPARTMENT I ASKED THE SHERIFF HAVE TO HAVE A HENRY COUNTY SHERIFF ID THE SHERIFF RESPONDED BACK IN TWO LETTERS NO HE HAS DOUBLE CHECKED TONY LUKER DO NOT SUPOSE TO HAVE ANY HENRY COUNTY SHERIFF ID AND HE HAS NEVER BEEN DEPUTY TIED AND HE DOES NOT TOLD ANY TYPE OF LIEABLY BONDS WITH THE HENRY COUNTY CLERKS OFFICE

DEPARTMENT I ASK TONY LUKER COULD I CALL MY LAWYER THERE WHERE NO WARRANTS HE WOULD NOT LET ME I WAS BEEN HELD AFTER BEING TREATING TO UNLOCK THE SAFE AND AFTER BEING TREATING SO MANY TIMES I TURNED TO MY RIGHT THERE WAS A LADY POLICE OFFICER IN A UNIFORM FOR THE CITY OF DOTHAN SHE TOOK IN POSESSION MY BABY POODLE PUPPY SHE LEFT THE MOTHER DOG AND LEFT MY OTHER TWO POODLES I UNLOCKED MY SAFE AT THAT TIME TONY LUKER ORDER ME TO SAT DOWN AT MY TABLE WITH ALABAMA FIRE MARSHELL TOO RESISTER NONE OF THE ALABAMA FIRE MARSHELL DID NOT PLAY NO ROLE IN ANY WRONG DOING WHEN I WAS AT THE TABLE WITH THE ALABAMA FIRE MARSHELL TONY LUCKER WENT BACK IN MY BEDROOM AND CLOSED THE DOOR TONY LUCKER WENT OUT THE BACK DOOR WITH BROWN PAPER BAG WITH MY MONEY IN IT AMOUNT OF MONEY WHERE $250,000.00 U.S. DOLLORS THEN TONEY LUKER CAME BACK INTO THE HOUSE WITH ANOTHER BACK IN HIS HAND IN ABOUT 5 MIN PICTURES WHERE BEING TAKEN AND THEN LUKER WENT BACK OUTSIDE WITH A BAG AND COME BACK IN THE LIVING ROOM AND TOLD ME HE WANT TO SEARCH MY TRUCK HE TOLD ME HE HAD A WARRANT BUT HE WOULD NOT SHOW ME THE WARRANT

-5

2 of Context and warrant

DEFECT OF THE CONTEXT

1. A CONTEXT CAN ONLY BE WROTE ONE TIME AND GIVING TO THE HOME OWNER A COPY

2. THE UNITED STATES SOUTHERN DISTRICT COURT JUDGE CODY HAVE BEEN MISLEAD I TRIED TO FILE A MOTION TO COURT TO EXPLAIN TO THE COURT THE DEFECTS OF THE CONTEXT LIST THAT IT DOES NOT SUPPORT THE WARRANT I CAN NOT EXPLAIN TO THE COURT THE DEFECTS BECAUSE I HAVE A TRAIL COMING UP

BUT THE SEARCH WARRANT AND CONTEXT LIST MUST BE RETURN TO THE CLERK OF THE COURT TO THE DISTRICT OF THE WARRANT I DO WANT TO BRING TO THE COURTS ATTATION IT HAS BEEN FI MOTION TO THE HOUSTON COUNTY CLERK OFFICE AND THE CITY OF DOTHAN CLERKS OFFICE AND TWO DIFFERENT TIMES $5.00 HAS BEEN SENT TO BY COPYS OF THE WARRANTS AND THE SEARCH WARRANT JUDGE WHITE ORDER THE STATE TO GIVE COPY OF THE WARRANT TO RALPH LINGO THE STATE SAID THEY DO NOT HAVE SEARCH WARRANT

-6

THE SHERIFF CHECK THE HENRY COUNTY LOG SHEET THE LOG SHEET ON 4.14.03 DO NOT SHOW NO HENRY COUNTY DEPUTY AT MY HOME ON 4.14.03 IT DO NOT SHOW NO CITY OF DOTHAN POLICE AT MY HOUSE ON 4.14.03 THE HENRY COUNTY RADIO AND LOG SHEET DO NOT SHOW ANY OFFERICER OF ANY TYPE AT MY HOME THESE COMES UNDER THE BRUGLY ACT THE OFFICER MUST RADIO TO DISPATCH TO HAVE EVERYTHING DOCUMENTED TO SHOW THE OFFICER IS ON MY PROPTY MUST RADIO IN BEFORE THEY ENTER MY HOME MUST RADIO IN WHEN ITS CLEAR WHEN NO OFFICER IS IN DANAGER THE OFFICER MUST RADIO IN WHEN LEAVING THE PROPERTY ALL OFFICERS WHEN THE OFFICER SEACHED THE HOME HE MUST HAND WRITE ON THE FACE OF THE WARRANT TIME DATE AND HOUR OF SEARCH AND ALSO WHEN HES FINISH SEARCHING THE HOME THE HOUR AND TIME THE SEARCH WARRANT DOES NOT SHOW THE TIME HAND WRITTEN THE SEARCH WARRANT IN THE AVIDIRITS ONE HAVE A 2002 CASE NUMBER THE OTHER A 2003 CASE NUMBER REQUIREMENT BY LAW THEY MUST MATCH THE FOUR CORNER OF THE AVIDITS DOES NOT SUPPORT ON THE AVIDITS WE WILL NOW GO TO THE DEFECTS OF THE CONTEXT LIST

-7

TO CLAIMS AGAINST COUNSEL

THE COUNSEL AS MISLED HIS CLINT AND MISLED THE COURTS THE COUNCEL STARTED TO WRITE THE COURTS STATING THE IN RESPECTED ME IN THE COURTS THE ONLY TIME HE RESPECTED ME WAS IN HOUSTON COUNTY THE CANCELER STATED TALKING ABOUT THE STATE OF ALCHOMMA WOULD CHARGE ME WITH THE RICO ACT THE ALABAMA ATTORGER GERENAL OFFICE CAME DOWN TO THE HOUSTON COUNTY JAIL AND HAD 7 OR 8 CONTARN THAT WAS TAKING OUT OF MY FICE WHERE MY JECITURY VONDA SUE WILLIGNS TOLD TONY LUKER SHE'LL PICC OUT THE FICE WHERE I WAS TO OVER CHARGE A CUSTOMER FOR WORK MY ATTORNY TERRY BUTLER SOUGHT THE FILES TO THE ATTORNEY GERENAL OFFICE WHERE THEY CAME TO THE HOUSTON COUNTY JAIL WE WENT OVER THE FICE THEY SAID THEY FOUGHT NO TYPE OF WRONG DOING BY ME THE ATTORNY GERENAL OFFICE CLEARED ME FROM ANY TYPE OF WRONG DOING OF CONTRACT FREUD MY OWN ATTORNY WAS TRYING TO GET CRIMMAL CHARGES AGAISNT ME THE LEGAL SEARCH THAT BROUGHT THESE CHARGES AGAINST ME BY THE GUILTY PLEA WAS MISLEADING ME BY MAKING SERIOUS TREATS TO ME CRENSHAW COUNTY I WITH DREW MY GUILTY PLEA THE SECOND DAY I WOULD LOVE TO TALK TO THE STATE ATTORNEY AND ALL ALABAMA FIRE MARSHELL THAT WAS INVOLVED

*Ralph Lingo*

-8

Sgt. Tony Luker with THE CITY OF DOTHAN POLICE DEPARTMENT COME TO HENRY COUNTY AND USED A HENRY COUNTY ID ON 5-7-03 AND TOLD ME I WAS UNDER ARREST IN HE WOULD HAVE ME TOOK BACK TO THE CITY OF DOTHAN CITY JAIL ABOUT 5 DOTHAN POLICE CAME TO HENRY COUNTY NO HENRY COUNTY SHERIFF TONY LUKER TOLD ME HE WOULD HAVE TO TAKE MY VEHICLE IN SEIZURER I ASK FOR WHAT REASON HE SAID YOU HAD A GUN IN IT WHEN WE SEARCHED IT AT YOUR HOUSE 4-14-03 TONY LUKERS AS COMMITTED KIDNAPPING GRAND AUTO THEFT AND TAKING ALL TOOLS FOR PERSONAL USE TOLD ME HE DID NOT HAVE TO GIVE ME A CONTEXT LIST AND SAID THAT SINCE A GUN WAS LOCATED HE DID NOT HAVE TO GIVE A CONTEXT LIST AND THE VEHICHLE BELONG TO THE CITY OF DOTHAN I WOULD LIKE TO TAKE TO A ALABAMA FIRE MARSHELL WITH A ATTORNEY IN THE PRESENSE POSSIBLY CIVIL MIGHT BE DROPPED AGAINST FIRE MARSHELL

---

P. 3  Replay Back Barr of Limitaions

I WAS SENT TO A MENTAL HOSPIAL IN MAMIA TO BE AVALEUOY FOR 8 MONTHS THE CITY JAIL HAS NO LAW LIBERY OR RULE BOOKS I ASK THE LIMITIONS TO BE HELD

A MOTION HAS BEEN FILE BY MY LAWYER TAMMY L. SHE HAS FILED A MOTION TO COMPEL DISCLOSURE AND MOTION TO PRODUCE WITH THE CLERK OFFICE AND THE DISTRICT ATTORNEY OFFICE THE DISTRICT ATTORNEY OFFICE STATED THAT A SEARCH WARRANT HAS NEVER BEEN FILED THE STATE CAN NOT SHOW A COPY OF SEARCH WARRANT NOR TONY LUKER AT TRAIL I ASK JUDGE WHITE TO LET ME PUT THIS ON RECORD JUDGE WHITE HAD ME ORDER TO STATE PENITRY AND A SEARCH WARRANT WAS MAIL 18 MONTHS LATER JUDGE WHITE REFUSED ME TO PUT ANYTHING ABOUT A SEARCH WARRANT ON RECORD DURING A HABUS CORPUS BOND HEARING JUDGE WHITE TALK TO ME ABOUT MY EX WIFE JUDGE LARRY ANDERSON LARRY ANDERSON US TO DATE MY EX WIFE LARRY ANDERSON TALKED TO JUDGE WHITE AND TOLD ME THE CLERK REPORTER CAN NOT TAKE NOTHING DOWN THE COURT REPORTER WAS ORDER TO LEAVE AND TAKE DOWN HER COURT REPORTER THING NOT OF MY CASES WAS BUILT ON MY EX WIFE AND A JUDGE A JUDGE SIGNED A $200,000.00 BOND FOR INTIMDATION

I'M NOT SUEING THE JUDGE DIRECT I'M SUEING THE STATE OF ALABAMA FOR THE JUDGES ACTIONS JUDGE WHITE TOLD ME THAT HE SIGNED A SEARCH WARRANT TO SEARCH MY HOUSE IN HENRY COUNTY WHEN HE WAS ON THE BENCH IN HENRY COUNTY I GOT A LETTER FOR THE CLERKS OFFICE FROM THE CLERK OFFICE THAT JUDGE WHITE DOES NOT WORK FOR HENRY COUNTY ON 4-14-03 I WAS ALSO ADVISED THAT JUDGE WAS A RETIRED ATTORNY THAT HE HAS NOT BEEN ON THE OVER IN 15 YEARS THAT JUDGE WHITE HAD TO LEAVE THE BENCH THE REASON WAS NOT TOLD BUT JUDGE WHAT WAS ONLY TO HEAR CASES PART TIME IN HOUSTON COUNTY I WANT THE COURT TO UNDER STAND I FEEL LIKE JUDGE WHITE GOT INVOLVED BY LARRY ANDERSON ANOTHER JUDGE I WAS QUESTION BY JUDGE WHITE PERSONALLY ABOUT MY EX WIFE DURING A TRAIL OF IMTATION OF A STATE WITNESS I HAD SEVERAL CASE LAWS ABOUT A ARREST OUTSIDE A COUNTY JUDGE WHITE TOOK THEM FROM ME AND WOULD NOT LET ME INTRODUCE THEM AT MY TRAIL

p-11

ALSO WANT TO APPLY THAT TONY LUKER HAS BROKE THE LAW OF JUDICAL TERRITORY. TONY LUKER FROM HOUSTEN COUNTY OF DOTHAN ALABAMA I LIVE RALPH LINGO LIVE IN HENRY COUNTY ITS STILL IN THE SAME DISTRICT OF THE JUDGES. JUDGE WAS NOT APPOINTED TO HEAR IN CASES IN HENRY COUNTY JUDGE WHITE BROKE THE STATE AND FEDERAL RULE 41-(G). Return PAPERS TO CLERK JUDGE WHITE ALSO BROKE RULE 41-(E) CONTENT JUDGE WHITE AND TONY LUKER VIOLATED 41-(F). ADDITIONAL RULE FOR EVIDENCE JUDGE WHITE ALSO VIOLATED FEDERAL RULE 41-(G) MOTION TO SUPRESS PRECLUDED OFFICER TONY LUKER VIOLATED RULE 41-(d) EXECUTION AND RETURN WITH INVENTORY AS WELL AS JUDGE WHITE VIOLATED 41-(D) AS WELL AS TONY LUKER. TONY LUKER VIOLATED RULE 41 (h) JUDGE WHITE VIOLATED 41-(G) and VIOLATED RALPH LINGO CONSTITUTIONAL RIGHTS OF THIS PARAGRAPH AS ARREST RIGHTS RULE 40. TONY LUKER VIOLATED STATE A FEDERAL RULE 40. UNDER SEARCH AND SEIZER. (b) RULE 41 SEARCH AND SEIZURE (a) Authority to ISSUE WARRANT (c)(1) Issuance and contents Tony Luker violated 41(1) warrant and affidavit Judge Coody has agreed that the Four was no good TITLE 18 § 2236 Search without warrant § 2235. Search warrant procured maliciously § 2234 Authority exceeded in executing warrant Tony Luker violated

I WANT THE COURT TO UNDERSTAND MY SIDE. I HAVE NOT BEEN IN TROUBLE IN A LONG TIME Sgt. TONY LUKER AND JUDGE LARRY ANDERSON AND JUDGE WHITE AND MY ATTORNY BULLER ARE MORELESS USING ME FOR MONEY TONY LUKER SEARCH MY HOUSE 4-14-03 TONY LUKER SAID HE COULD NOT MAKE NO ARREST ON RALPH LINGO BECAUSE HE HAD NO REASON TO ARREST RALPH LINGO AT THIS TIME TONY LUKER SAID HE DID A BACK GROUND CHECK ON RALPH LINGO BEFORE HE SEARCHED MY HOUSE TONY LUKER ALSO SAID HE FOUGHT ALOT OF GUNS IN RALPH LINGO HOME ON 4-14-03 TONY LUKER KNEW RALP LUKER HAD A FELONY BACK IN 1982 24 YEARS BACK TONY LUKER ALSO STOLE $250,000.00 DOLLORS FROM RALPH LINGO TONY LUKER ALSO STOLE $37,000.00 DODGE PICKUP TRUCK AND HAD IN TRANFERRED TO HOUSTEN COUNTY WITHOUT A WARRANT THERES NO RECORD RECORD TONY LUKER DID NOT RECORD NONE OF THIS TONY LUKER NEVER TOLD HENRY COUNTY SHERIEF DEPARTMENT AS TO HE WAS TRANFERRING TO HOUSTON COUNTY OR PROPERTY NOR TELLING HENRY COUNTY ABOUT SEARCH WARRAN WHEN A OFFICER COME INTO ANOTHER COUNTY FROM ANOTHER COUNTY AND USE FALSE ID AND TAKE CHARGE OF A MAN WILL NOT LET THE MAN INSIDE HIS HOME A TACK HOW BAD RALPH LINGO IS TO THE COURT SYSTEM BUT NEVER REPORTED A SEARCH OR NEVER TAKE A WARRANT UNTIL A MONTH LATER AND NEVER HAD A WARRANT FOR THE ARREST AND WAS KIDNAPPING FROM HIS COUNTY BY TONY LUKER

Ralph Lingo 4-5-2006