IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-0045-MEF |
| ) | WO |
| STATE OF ALABAMA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge (Doc. #4) filed on April 11, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on March 15, 2006 is adopted;

3. The claims presented by Lingo against Tony Luker, Todd Register, Jerry M. White and Terry Bullard are DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

4. To the extent that Lingo presents claims challenging the constitutionality of convictions imposed upon him by the State of Alabama, these claims are DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

5. To the extent that Lingo presents claims challenging criminal charges pending

against him before the state courts, these claims are DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

    6. This case is DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(I) and (ii).

    DONE this 25th day of April, 2006.

                                             /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE