IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

RALPH WILSON LINGO,            )
                               )
    Plaintiff,              )
                               )
v.                             )    CASE NO.  1:06-cv-0045-MEF
                               )              WO
STATE OF ALABAMA, *et al.,*    )
                               )
    Defendants.             )

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed without prejudice.

DONE this the 25th day of April, 2006.

                                        /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE