RECEIVED

MAY 10 2006

RALPH WILSON UNGO                    CASE No. 1:06-CV-0045-MEF

PLAINTIFF                            CLERK                    WO
                            U.S. DISTRICT COURT
                            MIDDLE DIST. OF ALA.

V.

STATE OF ALABAMA, et al.,

        DEFENDANTS


        REPLY TO COURT ON FINAL JUDGEMENT


1.   I FEEL THAT THE COURT HAS VIOLATED MY
CONSTITUTIONAL RIGHTS.

2.   THE COURT KNOWS I AM IN CARE OF THE
UNITED STATES MARSHAL SERVICE. THE COURT
KNOWS I AM IN THE MONTGOMERY CITY JAIL
WITH NO LAW BOOK, NO LAW LIBRARY, NO
INK PENS, CAN MAKE NO COPIES OF MATERIAL.
MONTGOMERY CITY JAIL DOES NOT ALLOW ANY
DEFENDANT TO APPEAL THEIR CASE AND THIS
IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS.

3.   I WOULD LIKE TO APPEAL THIS CASE BUT MY
RIGHTS HAVE BEEN TAKEN AWAY BY THE COURT
AND THE MONTGOMERY CITY JAIL.

4.   THE COURT IS ALSO AWARE THAT I CAN NOT
READ OR WRITE AND THAT I HAVE A MENTAL CONDITION.

SCANNED

5. I ask the court to give me a evidence trial between the plaintiff and the state attorney. Since the court knows my conditions this would seem right and fair.

6. I ask that the court supply me with help in this case since I can not read or write and have a mental condition.

7. I feel civil and criminal damage have been done to me. There was no warrant on me. Fraud and kidnapping are involved.

Sincerely,

Ralph Wilson Lingo

Ralph Lingo

Date, 5-4-06