IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
JUN 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 06-12871-J



RALPH WILSON LINGO,

    Plaintiff-Appellant,

versus

STATE OF ALABAMA,
CRENSHAW COUNTY,

    Defendants-Appellees,

TERRY BULLARD, et al.,

    Defendants.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 6th day of July, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Hall
Deputy Clerk

FOR THE COURT - BY DIRECTION
ORD-50

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia